**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01742-CMA-KMT

CLAUDE MCCLAIN,

      Plaintiff,

v.

D. BERKEBILE, Warden, FPC Florence,
FNU MNU LNU, Regional Medical Director,
DR. SANTINI, Physician Care Provider, FPC Florence,
D.K. GRIGGS, Camp Administrator,
MS. S. BEIRKER, Case Manager, and
MS. B. VANHUA, Medical Administrator of Medical Records,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on April 25, 2014 it is

ORDERED that Defendant's Motion for Summary Judgment (Doc #27) is GRANTED and that the Complaint is Dismissed Without Prejudice.

FURTHER ORDERED that, there is no just reason for delay of entry of final judgment in favor of the defendant and against the plaintiff.

    Dated at Denver, Colorado this 28th day of April, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk